ORIGINAL

# In The United States Court of Federal Claims

FILED
OCT 27 2016
U.S. COURT OF
FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Minuteman Health Inc., a Non-Profit Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Barak Bassman

Firm Name: Pepper Hamilton LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

16-1418 C

Post Office Box:

Street Address: 3000 Two Logan Square

City-State-ZIP: Philadelphia, PA 19103

Telephone: 215-981-4000

E-mail Address: bassmanb@pepperlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☑ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 2 8

Select only one (three digit) nature-of-suit code from the attached sheet.
If number 213 is used, please identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Violation of Section 1342 of the Affordable Care Act

Agency Identification Code: H H S

See attached sheet for three-digit codes.

Amount Claimed: $ $5,528,101 plus interest, fees, and costs

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☑ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $__________
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: __________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☑ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.