ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
OCT 27 2016
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| MINUTEMAN HEALTH INC., a Non-Profit Mutual Insurance Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 16-1418 C |

**RULE 7.1 DISCLOSURE STATEMENT**
**OF MINUTEMAN HEALTH INC.**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Minuteman Health Inc. states that it is a non-profit corporation, does not have a parent corporation, and no publicly-traded company owns 10% or more of the stock of Minuteman Health Inc.

Dated: October 27, 2016

Respectfully submitted:

/s/ *Barak A. Bassman*

Barak A. Bassman
Sara B. Richman
Leah Greenberg Katz
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215-981-4000
bassmanb@pepperlaw.com
richmans@pepperlaw.com
katzl@pepperlaw.com

Marc D. Machlin
PEPPER HAMILTON LLP
Suite 500
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
202-220-1200
machlinm@pepperlaw.com

*Attorneys for Plaintiff*